UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | 5:21-cr-00201 |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE HORNSBY |
| DANIEL GLENN SMITH | * | |

**BILL OF INFORMATION**

The Acting United States Attorney charges:

**Count One**
Unlawful Possession of Bald Eagle
16 U.S.C. § 668(a)

On or about December 13, 2019, in the Western District of Louisiana, the defendant, **Daniel Glenn Smith**, without being permitted to do so, did knowingly possess parts of the American Bald Eagle, to wit: a feather, all in violation of Title 16, United States Code, Section 668(a).

Respectfully submitted,

Alexander C. Van Hook
Acting United States Attorney

_____
Leon H. Whitten (La. Bar No. 36724)
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, LA  71101
(318) 676-3600